IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| WILLIAM WADE HENDERSON, III, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 4:13-cv-00055 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DEPT. MOLLY MOTLEY, | ) | By: Hon. Jackson L. Kiser |
| *Pittsylvania County Sheriff Deputy*, | ) | Senior United States District Judge |
| | ) | |
| Defendant. | ) | |

On September 16, 2013, Plaintiff William W. Henderson, III, ("Plaintiff") filed a § 1983 civil rights action against Defendant Pittsylvania County Sheriff Deputy Molly Motley ("Deputy Motley") for alleged violations of the Fourth Amendment. On June 13, 2014, Deputy Motley filed a Motion for Summary Judgment asserting, *inter alia*, that she is entitled to qualified immunity [ECF No. 13]. On July 8, 2014, both parties appeared before me for a hearing on Deputy Motley's Motion. After careful review and consideration, and for the reasons stated in the accompanying Memorandum Opinion, I hereby **GRANT IN PART** and **DENY IN PART** Defendant's Motion for Summary Judgment [ECF No. 13]. The Motion is **GRANTED** with respect to the claim for punitive damages, but **DENIED** with respect to Deputy Motley's claim that she is entitled to qualified immunity. Plaintiff's Motion for Summary Judgment is **DENIED** as untimely. (*See* Pretrial Order, Oct. 24, 2013, at 2 [ECF No. 8].)

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to Plaintiff and all counsel of record.

ENTERED this 22nd day of July, 2014.

                                                                                            s/Jackson L. Kiser
                                                                                            SENIOR UNITED STATES DISTRICT JUDGE